■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NICCO PLOWDEN, Also Known as ANTHONY BUTLER, Appellant. [654 NYS2d 610] —Appeal by the defendant from a judgment of

the Supreme Court, Kings County (Lipp, J.), rendered April 10, 1995, convicting him of murder in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's arguments regarding alleged prosecutorial misconduct during summation are largely unpreserved for appellate review (CPL 470.05 [2]; *People v Dien*, 77 NY2d 885; *People v Nuccie*, 57 NY2d 818). In any event, the comments alleged to be inflammatory and prejudicial were all either fair comment on the evidence *(People v Ashwal*, 39 NY2d 105) or responsive to arguments presented in the defense counsel's summation *(People v Galloway*, 54 NY2d 396). Miller, J. P., Sullivan, Pizzuto and Goldstein, JJ., concur.